# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-851
_____

K.J., Father of K.J., minor child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

September 8, 2022

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and RAY and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Stephanie C. Zimmerman, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee; and Allison J. McCabe, Pro Bono, Defending Best Interests Project, Port Orange, for Appellee Guardian ad Litem.